1104

MAY 2, 1995

No. 94–9086 (A–829).  ZETTLEMOYER, BY AND THROUGH DE-
VETSCO ET AL. *v.* HORN, COMMISSIONER, PENNSYLVANIA DEPART-
MENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Motion for leave
to proceed *in forma pauperis* without an affidavit of indigency
granted.  Application for stay of execution of sentence of death,
presented to JUSTICE SOUTER, and by him referred to the Court,
denied.  Certiorari denied.

No. 94–9098 (A–833).  FOSTER *v.* DELO, SUPERINTENDENT,
POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Application for
stay of execution of sentence of death, presented to JUSTICE
THOMAS, and by him referred to the Court, denied.  Certiorari
denied.

MAY 10, 1995

No. 94–9207 (A–855).  MCKENZIE *v.* DAY, DIRECTOR, MONTANA
DEPARTMENT OF CORRECTIONS AND HUMAN SERVICES.  C. A.
9th Cir.  Application for stay of execution of sentence of death,
presented to JUSTICE O'CONNOR, and by her referred to the
Court, denied. Certiorari denied. JUSTICE STEVENS would
grant the application for stay of execution.

MAY 11, 1995

No. 94–9233 (A–866).  WEEKS *v.* JONES, COMMISSIONER, ALA-
BAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Appli-
cation for stay of execution of sentence of death, presented to
JUSTICE KENNEDY, and by him referred to the Court, de-
nied.  Certiorari denied.

MAY 15, 1995

No. A–765.  CAHILL *v.* UNITED STATES DEPARTMENT OF
LABOR ET AL.  Application for injunction, addressed to JUSTICE
STEVENS and referred to the Court, denied.